IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EUGENE A. FISCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 11-CV-40-JPG |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR DISMISSAL

Now comes the Plaintiff, Eugene Albert Fischer, by his attorney, Steven Shobat, and the Defendant, United States of America by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois and Michael Thompson, Assistant United States Attorney, and move this Court for entry of a Stipulated Order for Dismissal. The proposed Order will be provided to the Judge's mailbox pursuant to local practice.

Respectfully submitted,

/s/ Steven Shobat w/consent
STEVEN SHOBAT
Attorney for Eugene Fischer
Attorney at Law
53 West Jackson
Suite 1603
Chicago, Illinois 60604

UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney


/s/ Michael Thompson
MICHAEL THOMPSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: (618) 628-3700
Fax: (618) 622-3810